**Marco FARAONI, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

No. 2009–3275.

United States Court of Appeals, Federal Circuit.

Oct. 21, 2009.

Bobby R. Devadoss, The Devadoss Law Firm, P.L.L.C., Dallas, TX, for Petitioner.

ON MOTION

*ORDER*

Marco Faraoni moves to voluntarily dismiss his petition for review.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.